ORIGINAL

cc: DKW/WRP/FILER

IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF HAWAII
_____ DIVISION

*(Write the District and Division, if any, of
the court in which the complaint is filed.)*

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 28 2021

at 3 o'clock and 30 min. P M
MICHELLE RYNNE, CLERK LS

Princess David
_____
_____

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

-against-

Honolulu Passport
Office
_____

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

Complaint for a Civil Case

Case No. CV21 00512 DKW WRP

*(to be filled in by the Clerk's Office)*

Jury Trial:     ☐ Yes   ☑ No
               *(check one)*

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                  Princess David
Street Address        3017 NW 30th Terr
City and County       Fort lauderdale
State and Zip Code    FL 33311
Telephone Number      337 240-4169
E-mail Address        cwhat7251@gmail.com

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

Name                  Honolulu Passport Agency
Job or Title
(if known)
Street Address        300 Ala Mona Blvd Room 1330
City and County       Honolulu , HI- 96850
State and Zip Code    Hawaii - 96850
Telephone Number      (877) 487-2778
E-mail Address
(if known)

Defendant No. 2

Name                  Melissa
Job or Title          Director of Honolulu Passport Agency
(if known)
Street Address        300 Ala Mona Blvd, Room 1300.
City and County       Honolulu - HI - 96850

2

State and Zip Code HAWAII -96850

Telephone Number 877·487-2778

E-mail Address
(if known)

Defendant No. 3

Name _____

Job or Title
(if known) _____

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

E-mail Address
(if known) _____

Defendant No. 4

Name _____

Job or Title
(if known) _____

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

E-mail Address
(if known) _____

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

3

What is the basis for federal court jurisdiction? *(check all that apply)*

☐  Federal question            ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.   **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

_____

_____

B.   **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.   The Plaintiff(s)

a.   If the plaintiff is an individual

The plaintiff, *(name)* Princess David is a citizen of the State of *(name)* FLORIDA & JAMAICA

b.   If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

a.   If the defendant is an individual

The defendant, *(name)* Melisa _____, is a citizen of the State of *(name)* Honolulu _____. *Or* is a citizen of *(foreign nation)* _____.

4

b.     If the defendant is a corporation

The defendant, *(name)* PASSPORT OFFICE is
incorporated under the laws of the State of *(name)*
HAWAII_____, and has its principal place of
business in the State of *(name)* HAWAII_____. *Or* is
incorporated under the laws of *(foreign nation)*
_____, and has its principal place of
business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)*

3.     The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because *(explain)*:

I MISS 3 court preceeding & 2 lawsuit
that was for over 500,000 which was owed to me
plus the cost to stay here waiting for my passport that
the passport office robbed my money for & refuse
me! Blocking me from Attending both lawsuit
and getting home since JA

**III.    Statement of Claim**

Write a short and plain statement of the claim.  Do not make legal arguments.  State as
briefly as possible the facts showing that each plaintiff is entitled to the damages or other
relief sought.  State how each defendant was involved and what each defendant did that
caused the plaintiff harm or violated the plaintiff's rights, including the dates and places
of that involvement or conduct.  If more than one claim is asserted, number each claim
and write a short and plain statement of each claim in a separate paragraph.  Attach
additional pages if needed.

I Am entitle to the Amount from the Passport Agency
Because not only did they take my money for A passport
But They made me pay 3 times for the same passport
they did not grant me & cost me Lose 2 lawsuit that was
suppose to pay out to me. Made me wait 11 months for my
passport, did not Issue It still up until today! Send
me all across the globe to Appointments for emergency
passport Issuance which They deny me costing
Tens of Thousands, and even cost me great Bodily
ATM as a result of Them sending me to These places
I almost Lost my LIFE In The process, Suffer
18 Broken Bones, & Fractures, DISLocation of several
Body parts & Limbs, cuts, Bruise, Tears & DISFigure
-ment. Then To Top It off they Left me stuck In
Honolulu Homeless with no where To go & cant
Afford the cost of LIVing Still They refuse to give me

Me my passport and let me go home, to where I have more than where to stay! My Mother made A Big House from the ground up In Jamaica where Im from and I have no right to Live there! Along with all my uncles and Aunts & Cousins have homes In Jamaica that I can reside! I have no where In the State to Live! All my Things are In Storage & Im stuck In Honolulu Since They Stole my passport In Honolulu In January 2021.

I am entitle To DAMAge from Melisa The Director of the Honolulu Passport office For Discriminating against to give me my passport For treating me Like A criminal Just For Being at the Interview Appointment which The National passport office send me to. and For Threatening me to have me Arrested IF I didn't Leave HAWAII Immediately after she told me to give Her until Tuesday. Telling me to go BACK to JAMAICA I should get on a plane & go BACK Home now! which I explained to her I cant Do Because you refuse me my passport & I cant take a plane without a passport to get home, even I have a ticket to return home tomorrow She talk down to me, She ridicule me, Speak very Loudly about my Business For the entire Inside and outside office to hear & Then charge me $205 For a passport that she she refuse to issue me after she clearly state that They have A passport Fee From me since May 24, 2021 which was never return. yet she Still took my money & refuse to return it. Then Left me homeless In Honolulu with no where to go & she dont care no matter how I plead with her I just want to go home she Say NO!!!

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The cost to travel to Honolulu for my passport & the tens of thousands it has cost me to stay here & the cost for airline tickets, taxi to get around, food to eat, hotel to stay which have cost me several thousands and I can't afford it!

## V.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 28 December 2021

Signature of Plaintiff

Printed Name of Plaintiff   Princess David

### B.  For Attorneys

Date of signing: Dec 28, 2021

6

Signature of Attorney          _____

Printed Name of Attorney       _____

Bar Number                     _____

Name of Law Firm               _____

Address                        _____

Telephone Number               _____

E-mail Address                 _____

7